# EXHIBIT C

**From:** Michael Broner <Michael.Broner@gdol.ga.gov>
**Sent:** Friday, July 1, 2022 3:19:39 PM
**To:** gelabor@outlook.com <gelabor@outlook.com>
**Cc:** Elise Green <egreen@agworksh2.com>; Felipe Pacheco <Felipe.Pacheco@gdol.ga.gov>; Michael Broner <Michael.Broner@gdol.ga.gov>
**Subject:** Discontinuation of Employment Services

Good afternoon Mr. Gonzales,
Please see attached Notification of Discontinuation of Employment Services.


Michael Broner
Workforce Solutions
404-232-7458
Michael.broner@gdol.ga.gov
*** GEORGIA DEPARTMENT OF LABOR ***
   ****** CONFIDENTIALITY NOTICE ******

This transmission may contain confidential information protected by state or federal law.
The information is intended only for use consistent with the state business discussed in this transmission.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action based on the contents is strictly prohibited.
If you have received this transmission in error, please delete this email and notify the sender immediately.
Your cooperation is appreciated.