# EXHIBIT D

Barracks #1
- ✓ 11 Mattresses
- ✓ Clothes lines
- Standing grey water / grade issue

Barracks #2
- ✓ tops for garbage in kitchen (garbage lids)
- Missing toilet paper
- 2nd room: shower light ✓
- hot water heater issue

Barrack #3
- 1st room: No light in bathroom ✓
  - ✗ sink pipes in bathroom not connected
  - ✓ toilet issue (no handle to flush)
  - ✗ refrigerator not working properly (not cold enough)
  - ✓ smoke alarm not functioning
  - ✓ no garbage lid in kitchen
- 2nd room: no garbage lid in kitchen
  - ✓ smoke alarm issue
  - missing toilet paper
- Standing grey water / grade issue

Barrack #4
- 1st room: no garbage lid in kitchen ✓
  - no fire alarm
- Middle kitchen: kitchen sink broke
- Standing grey water / grade issue
- 2nd room: broken drain pipe in kitchen; using bucket

insufficient tiolet paper
- o fire extinguisher

Barrack #5
- Room 1: kitchen sink pipes
  - *→ stove vent leaks when rains
  - insufficient tiolet paper
  - o fire extinguisher
- Room 2: no garbage lid in kitchen ✓
  - insufficient tiolet paper
  - o fire extinguisher

Barrack #6
- Room 1: insufficient tiolet paper
  - o fire extinguisher
- Room 2: no hot water in bathroom sinks
  - o fire extinguisher

* fire extinguisher / smoke alarm issue
* tiolet paper
* garbage lid(s)

Entrance

Bus Parking

Water Wells

#1 — Row 1 / Row 2
#6 — Row 2 / Row 1
#2 — Row 1 / Row 2
#5 — Row 2 / Row 1
#3 — Row 1 / Row 2
#4 — Row 2 / Row 1