# EXHIBIT E

**U.S. Department of Labor**  **Orlando District Office**
Wage & Hour Division              1001 Executive Center Drive
                                  Suite 103
                                  Orlando, FL 32803-3520



Carmen Rodriguez
(813) 732-3736
Rodriguez.carmen.d@dol.gov

June 30, 2022

Golden Eagle Ag Labor Contracting
Attn: Jesus Gonzales
199 Mud Creek Road
Lakeland, GA 31635

Sent via Email: gelabor@outlook.com

Investigation Period: March 2021 to present

RE: Records Request

Dear Mr. Gonzalez:

The Wage and Hour Division (WHD) of the U.S. Department of Labor is responsible for administering and enforcing a number of federal labor laws, including the Fair Labor Standard Act (FLSA), the Family Medical Leave Act (FMLA), the Migrant and Seasonal Agricultural Worker Protection Act (MSPA) &/or Temporary Agricultural Employment of H2A workers.

Authority for this investigation is contained in Section 211(a) of the FLSA. Section 211(a) states, "The Secretary of Labor or his designated representative may investigate and gather data regarding the wages, hours and other conditions and practices of employment in any industry subject to this Act, and may enter and inspect such places and such records and make such facts, conditions, practices or matter he may deem necessary or appropriate to determine whether any person has violated any provision of this Act, or which may aid in the enforcement of the provisions of this Act…"

Section 512(a) of the MSPA gives the Department the same investigative authority as provided under section 211(a) of the Fair Labor Standards Act (FLSA).

An investigation of your business has been scheduled to determine the application and compliance of the provisions of each applicable act noted above. The normal procedure is to hold an opening conference with a representative of the company, check certain records for the investigative period, interview a representative number of employees, and hold a closing conference to discuss the results of the investigation.

You will need to provide electronic documents directly to me at rodriguez.carmen.d@dol.gov.

Please provide the following documents:

    1. ETA 9142 (all pages)

2. ETA 790 (all pages for this season and last season)
3. I-129
4. Recruitment reports
5. Inbound transportation and re-imbursement documentation (list of all workers with their individual expenses)
6. Last season's outbound documentation (list of all workers with the amount they each received)
7. Surety Bond
8. ¾ guarantee report for last season
9. Abandonment reports (this season's and last season's)
10. Time and payroll records for the investigative period (the beginning of the season to present)
11. List of this season's worker's including their permanent home addresses (home country address)
12. Copy of FLC/FLCE cards (yours and any other worker who is required to have one)
13. Bus Drivers licenses and medical certificates
14. Proof of vehicle insurance
15. Proof of Worker's Comp. insurance
16. Copy of a pay stub
17. Copy of the working conditions (disclosure)
18. Copies of the housing certificates and housing conditions
19. Gross sales for the past three years (copy of the first page of the tax return for 2021, 2020, and 2019)
20. List of clients/suppliers (where do the goods go to; who are they sold to; who do you buy them from)

This request is pursuant to the authority contained in Section 211(a) and (c) of the FLSA and in Part 516 of the Code of Federal Regulations (CFR).

Every effort will be made to conduct this investigation expeditiously and with a minimum of inconvenience to you and your employees. However, please note that the above is not intended to be an exhaustive or final list of records to be examined, additional records and documents may be requested as needed.

Please feel free to contact me at 813-732-3736.

Sincerely,

*Carmen Rodriguez*
Wage and Hour Investigator