# EXHIBIT G

**From:** admin@cmp.dol.gov <admin@cmp.dol.gov> on behalf of Foreign Labor Application Gateway <flag@dol.gov>
**Sent:** Tuesday, July 5, 2022 8:37:44 AM
**To:** gelabor@outlook.com <gelabor@outlook.com>
**Subject:** Job Order JO-A-300-22181-325619 Denied

Subject: Job Order JO-A-300-22181-325619 Denied

Dear Employer/Atty/Agent,

Your Job Order JO-A-300-22181-325619 has been updated to the Denied SWA Decision status. You can access your job order from the Cases table in FLAG.

Sincerely,

OFLC