IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVSON

| | | |
|---|---|---|
| GOLDEN EAGLE AG LABOR CONSULTING, LLC, JESUS ALBERTO GONZALES, and HERRING FARMS, INC., | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action |
| MARK BUTLER, COMMISSIONER OF LABOR, STATE OF GEORGIA, in his individual capacity, CHRISTINA SMITH, DEPUTY COMMISSIONER AND CHIEF OF STAFF, STATE OF GEORGIA DEPARTMENT OF LABOR, in her individual capacity, and MARTIN J. WALSH, U.S. SECRETARY OF LABOR, | ) ) ) ) ) ) ) ) ) ) ) ) | File No.: 1:22-cv-2851-SDG |
| *Defendants.* | ) | |

## **MOTION FOR EXPEDIATED PRELIMINARY INJUNCTION**

COME NOW Plaintiffs Jesus Alberto Gonzales, Golden Eagle Ag Labor Contracting, LLC, and Herring Farms, Inc. and move this Court for an expedited preliminary injunction enjoining Defendants Georgia Department of Labor (GDOL) Commissioner Mark Butler, and Deputy Commissioner and Chief of Staff Christina Smith, in their individual capacities from immediately terminating all employment

00482394

services to Plaintiffs and require them to provide procedural due process to Plaintiffs; and enjoining United States Secretary of Labor Martin J. Walsh from finally denying Plaintiffs Gonzales and Golden Eagle's H-2A application without providing Plaintiffs procedural due process and comply with duly enacted regulations.

Plaintiffs show grounds for their Motion in the Memorandum of Law contemporaneously filed herewith.

WHEREFORE, Plaintiffs pray that their Motion be granted and that this Court (1) enter a Show Cause Order to Defendants to show why a preliminary injunction should not be ordered in this matter; (2) grant a Preliminary Injunction requiring that Defendants follow their own regulations and procedural due process before taking actions on whether to terminate the employment services provided by GDOL to Plaintiffs and the Secretary of Labor from finally denying Plaintiffs H2A application; and (3) grant any such other relief as justice may require.

Respectfully submitted, this 20th day of July 2022.

/s/J. Larry Stine
J. Larry Stine
Georgia Bar No.: 682555
Elizabeth K. Dorminey
Georgia Bar No.: 225935
WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.

00482394

Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404)261-3707
jls@wimlaw.com
ekd@wimlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Times New Roman font, fourteen-point type.

DATED this 20th day of July 2022.

                                                                  */s/ J. Larry Stine*
                                                                  J. Larry Stine
                                                                  Bar No. 682555

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404)365-0900
Fax: (404) 261-3707
jls@wimlaw.com

00482394