# EXHIBIT B



# GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTERNATIONAL BLVD., N.E. ♦ ATLANTA, GEORGIA 30303-1781

MARK BUTLER
COMMISSIONER

June 30, 2022

Golden Eagle Ag Labor Contracting LLC
199 Mud Creek Road
Lakeland Georgia 31635

Dear Mr. Jesus Alberto Gonzales,

Pursuant to 20 CFR 658.501(c), and based upon information received from the USDOL Employment and Training Administration (ETA) and USDOL Wage and Hour Division (WHD), this letter serves as notification of that the Georgia Department of Labor's (GA DOL) will discontinue Employment Services to Golden Eagle Ag Labor Contracting, LLC, Jesus Alberto Gonzales, and Herring Farms, which have placed clearance orders through GA DOL's Employment Service connected to the H-2A visa program.

The GA DOL was notified by the USDOL Employment and Training Administration on June 27, 2022 of an investigation conducted by USDOL Wage and Hour and the Occupational Safety and Health Administration (OSHA), which included allegations of human trafficking, workers being threatened with bodily harm while attempting to leave the worksite, and workers who reported suffering from heat related stress.

20 CFR 655.121(a)(3) requires that clearance orders placed in connection with the H-2A visa program must satisfy the requirements for agricultural clearance orders in 20 CFR part 653, subpart F and the requirements set forth in 20 CFR 655.122. Under 20 CFR 653.501(c)(3)(iii), clearance orders must include employer assurance that working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. GA DOL has received information that this assurance has not been met. Therefore, GA DOL intends to discontinue Employment Services under the following basis.

**20 CFR 658.501(c)**

> If it comes to the attention of an ES office or a SWA that an employer participating in the ES may not have complied with the terms of its temporary labor certification, under, for example the H-2A and H-2B visa programs, SWA officials must engage in the procedures for discontinuation of services to employers pursuant to paragraphs (a)(1) through (8) of this section and simultaneously notify the Chicago National Processing Center (CNPC) of the alleged non-compliance for investigation and consideration of ineligibility pursuant to § 655.184 or § 655.73 of this chapter respectively for subsequent temporary labor certification.



# GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTERNATIONAL BLVD., N.E. ♦ ATLANTA, GEORGIA 30303-1781

MARK BUTLER
COMMISSIONER

All Employment Services provided to Golden Eagle Ag Labor Contracting, LLC, Jesus Alberto Gonzales, and Herring Farms will be terminated immediately.

If you wish to request a hearing, you must submit your request within twenty (20) working days in writing to:

Georgia Department of Labor
Agricultural Services
148 Andrew Young Int'l Blvd, Suite 450
Atlanta, Georgia 30303
Attn: Michael Broner

or email

*Agriculture_services@gdol.ga.gov*

Sincerely:

*[signature]*

Christina Smith
Deputy Commissioner/Chief of Staff