# EXHIBIT D

Barracks #1
- ✓ 11 mattresses
- ✓ Clothes lines
- Standing grey water / grade issue

Barracks #2
- ✓ tops for garbage in kitchen (garbage lids)
- Missing toilet paper
- 2nd room: shower light ✓
- hot water heater issue

Barrack #3
- 1st room: No light in bathroom ✓
- ✗ sink pipes in bathroom not connected
- ✓ toilet issue (no handle to flush)
- ✗ refrigerator not working properly (not cold enough)
- ✓ smoke alarm not functioning
- ✓ no garbage lid in kitchen
- 2nd room: no garbage lid in kitchen
- ✓ smoke alarm issue
- missing toilet paper
- Standing grey water / grade issue

Barrack #4
- 1st room: no garbage lid in kitchen ✓
- no fire alarm
- Middle kitchen: kitchen sink broke
- Standing grey water / grade issue
- 2nd room: broken drain pipe in kitchen; using bucket

insufficient tiolet paper
- fire extinguisher

Barrack #5
   Room 1: kitchen sink pipes
     *→ stove vent leaks when rains
     insufficient tiolet paper
     - fire extinguisher
   Room 2: no garbage lid in kitchen ✓
     insufficient tiolet paper
     - fire extinguisher

Barrack #6
   Room 1: insufficient tiolet paper
     - fire extinguisher
   Room 2: no hot water in bathroom sinks
     - fire extinguisher

* fire extinguisher / smoke alarm issue
* tiolet paper
* garbage lid(s)

Entrance

Bus Parking

Water Wells

| | |
|---|---|
| #1  Rm1 / Rm2 | #6  Rm2 / Rm1 |
| #2  Rm1 / Rm2 | #5  Rm2 / Rm1 |
| #3  Rm1 / Rm2 | #4  Rm2 / Rm1 |