# EXHIBIT F

# United States of America

DEPARTMENT OF LABOR

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

## SUBPOENA DUCES TECUM

*To:* Attn: Jesus Gonzalez and/or Erasmo Aguilar – custodian of records
Golden Eagle Ag Labor Contractors, LLC
199 Mud Creek Road
Lake Park, Georgia 31365

Pursuant to *Section 8(b) of the Occupational Safety and Health Act (29 U.S.C § 657(b))* you are hereby required to produce the following books, papers, diaries, logbooks and documents to Jose A. Gonzalez, Area Director, or (his/her) designated representative(s) *of the* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, located at 450 Mall Blvd Suite J, Savannah, GA 31406 (gonzalez.jose@dol.gov) **at 8 o'clock AM on the 19th day of July 2022.**

1. A copy of all OSHA Forms 300, 300A, and 301 from January 1, 2019, to present.
2. A copy of the H-2A job application, job order, and any supporting documents Golden Eagle Ag Labor Contractors, LLC submitted to the Department of Labor or any other governmental agency in order to procure non-immigrant temporary H-2A workers since 2019.
3. Documents sufficient to show a list of all employees including information related to employee age, job title, dates of employment, who were employed between January 1, 2022, and June 24, 2022.
4. A copy of all worker's compensation claims filed by Golden Eagle Ag Labor Contractors, LLC employees since January 1, 2019.
5. Documents sufficient to show the daily work hours, including start and stop times, for employees tasked with harvesting the Hering Farms, Inc. fields.
6. A copy of documents showing the daily activities completed by Golden Eagle Ag Labor Contractors, LLC employees between January 1, 2022, and June 24, 2022, including but not limited to employee work schedules, crop and harvest schedules, and/or any other document showing tasks or duties Golden Eagle Ag Labor Contractors, LLC employees performed.

7. Documents sufficient to show all Golden Eagle Ag Labor Contractors, LLC employees (names, age, time of employment, job title) who have suffered any heat related illness including but not limited to heat exhaustion, heat stroke, dehydration, and/or kidney failure since January 1, 2019.

8. Documents sufficient to show all Golden Eagle Ag Labor Contractors, LLC employees (names, age, time of employment, job title) who have received medical treatment due to heat related illness since January 1, 2019, including but not limited to treatment for heat exhaustion, heat stroke, dehydration, and/or kidney failure.

9. Documents sufficient to show any medical, nursing, health, or first aid facility(ies) or staff onsite from January 1, 2019 to present, or any employees trained on first aid, and the location of the nearest emergency room where employees can be treated.

10. Documents sufficient to show Golden Eagle Ag Labor Contractors, LLC's safety and health policy and procedures. Please state if responsive documents do not exist.

11. Documents sufficient to show Golden Eagle Ag Labor Contractors, LLC's policy for employees working in high ambient heat conditions, including but not limited to safety and health policies pertaining to workers who work outdoors. Please state if responsive documents do not exist.

12. A copy of all employee training records regarding health and safety, to include but not limited to, heat illness prevention from 2019 to June 24, 2022. Training records include but are not limited to employee attendance sheets and copies of written training materials. Please state if responsive documents do not exist.

13. Documents sufficient to show a map of the field locations where Golden Eagle Ag Labor Contractors, LLC employees perform harvesting work, to include acreage, location (either address or GPS coordinates), and field layout to include tree line locations, water stations, and/or shade.

14. A copy of completed hazard evaluation sheets, safety and health reports for inspections, and/or checklists used by Golden Eagle Ag Labor Contractors, LLC supervisors, safety officers, managers, or any other employee to inspect and/or monitor weather on the inspected facility sites from January 1, 2022, and June 24, 2022. Please state if responsive documents do not exist.

15. A copy of completed job hazard assessments regarding heat illnesses conducted by Golden Eagle Ag Labor Contractors, LLC or Herring Farms, Inc. on or before June 24, 2022. Please state if responsive documents do not exist.

16. Documents sufficient to show responsibilities and duties of all Golden Eagle Ag Labor Contractors, LLC managers and supervisors, including but not limited to crew leaders.

17. Any and all policies, procedures, or rules drafted, created, imposed or implemented by Hering Farms, Inc. applicable to Golden Eagle Ag Labor Contractors, LLC or Golden Eagle Ag Labor Contractors, LLC's employees.

18. A copy of any contract or agreement, including any agreements or contracts regarding housing, between Golden Eagle Ag Labor Contractors, LLC and Hering Farms, Inc. between January 1, 2019, and present.

19. A copy of any contract or agreement between Golden Eagle Ag Labor Contractors, LLC and Hering Farms, Inc. for agricultural work performed between 2019 and 2022, and/or any other documentation showing a business relationship between Golden Eagle Ag Labor Contractors, LLC and Hering Farms, Inc. since January 1, 2019. Please state if responsive documents do not exist.

20. A copy of any and all correspondence including but limited to letters, emails, text messages, faxes, WhatsApp messages, or any message or communication on social media between Golden Eagle Ag Labor Contractors, LLC and Herring Farms, Inc. related to the hiring, firing, discipline, supervision, and direction of Golden Eagle Ag Labor Contractors, LLC employees.

21. A copy of any and all correspondence including but limited to letters, emails, text messages, faxes, WhatsApp messages, or any message or communication on social media between Golden Eagle Ag Labor Contractors, LLC and Herring Farms, Inc. related to the scheduling and performance of work.

22. A copy of any and all correspondence including but limited to letters, emails, text messages, faxes, WhatsApp messages, or any message or communication on social media between Golden Eagle Ag Labor Contractors, LLC and Golden Eagle Ag Labor Contractors, LLC employees related to heat, temperature, heat waves, and/or any other weather events.

FAIL NOT AT YOUR PERIL



IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITED STATES DEPARTMENT OF LABOR at Atlanta, Georgia *this 6th day of July, 2022.*

_____
Jose A. Gonzalez, Acting Area Director, Savannah Area Office
Occupational Safety and Health Administration